# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

FILED
FEBRUARY 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 1029

In the Matter of                                Case Number:

TRUSTEES of the CHICAGO REGIONAL COUNCIL of CARPENTERS Fund, et. al.

v.

ASSEMBLY REQUIRED, INC.

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALL PLAINTIFFS

| |
|---|
| NAME (Type or print) <br> Daniel P. McAnally |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ DANIEL P. McANALLY |
| FIRM <br> WHITFIELD McGANN & KETTERMAN |
| STREET ADDRESS <br> 111 E. WACKER DRIVE, SUITE 2600 |
| CITY/STATE/ZIP <br> CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6205288 | TELEPHONE NUMBER <br> 312-251-9700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐