# EXHIBIT LIST

## EXHIBIT A
Affidavit of Service, Special Process Server

## EXHIBIT B
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
James Rosemeyer, Contributions Manager

## EXHIBIT C
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
Daniel P. McAnally, Plaintiffs Attorney

# Exhibit
# A

**Exhibit   A**

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES of the REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, WELFARE FUND
and APPRENTICE & TRAINEE PROGRAM FUND

V.

ASSEMBLY REQUIRED, INC.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

## 08 C 1029

**JUDGE ANDERSEN
MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

ASSEMBLY REQUIRED, INC.
c/o GERRARD McCANN, REGISTERED AGENT
1900 N. AUSTIN AVE.
CHICAGO, IL 60639

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

*Anya Ellis*

-------------------------------------
(By) DEPUTY CLERK

**February 20, 2008**
-------------------------------------
Date

ClientCaseID:   N7613/DPM
Law Firm ID:    WHITFIEL



\* 1 7 8 7 3 0 A \*

CaseReturnDate:  3/11/08

Affidavit of  SPECIAL PROCESS SERVER

# UNITED STATES DISTRICT COURT

Case Number 08C1029

I, R. MARSHALL GRADY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

# CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED  DEFENDANT  Assembly required, Inc.
PERSON SERVED **ALBERTO VIGIL, WAREHOUSE MANAGER**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **3/5/08**

That the sex, race and approximate age of the person whom I left the   **SUMMONS AND COMPLAINT**
are as follow:

| | | | | | |
|---|---|---|---|---|---|
| **Sex**   MALE | **Race**   HISPANIC | **Age**   31 |
| **Height**   6'1" | **Build**   MEDIUM | **Hair**   BLACK |

LOCATION OF SERVICE   **1900 N Austin Avenue**
**CHicago, IL, 60639**

Date Of Service   **3/5/08**              Time of Service   8:38 AM

R. MARSHALL GRADY                              3/5/2008

**SPECIAL PROCESS SERVER**
PERC# 0129-275752

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# Exhibit
# B

**Exhibit   B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION )
FUND, et al. )
                                 )
                  Plaintiffs, )      Case No.  08 C 1029
                                 )
                                 )      Judge Andersen
      v. )
                                 )
ASSEMBLY REQUIRED, INC. )
                                 )
                Defendant. )

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

---

James Rosemeyer declares as follows:

1.      I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund ("Trust Funds") and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2.      The Defendant executed an Agreement with the Chicago and Northeast Illinois Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.      Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.      Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports which list the number of hours worked by its carpenter employees and the Defendant is required to pay contributions based upon the hours listed.

5.    The Defendant submitted the contribution reports for the period November 2007 through December 2007 but did not pay the contributions. The reports show that $13,170.20 is owed in ERISA contributions. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $591.26 for the period December 2007.

6.    Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $21,484.26 for the period October 2005 through December 2007.

7.    The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. §1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $793.80.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:        June 5, 2008

Signature:    _James P._____

2

21692  ASSEMBLY REQUIRED INC
   1900 AUSTIN AVE.
   CHICAGO     IL 60639

|  | FRINGES | DUES | LD'S | INTEREST |
|---|---|---|---|---|
| Oct-05 | $0 | $0 | $482.33 | $0 |
| Nov-05 | $0 | $0 | $2,394.34 | $0 |
| Dec-05 | $0 | $0 | $836.63 | $0 |
| Jan-06 | $0 | $0 | $781.36 | $0 |
| Feb-06 | $0 | $0 | $542.35 | $0 |
| Mar-06 | $0 | $0 | $712.16 | $0 |
| Apr-06 | $0 | $0 | $985.71 | $0 |
| May-06 | $0 | $0 | $1,048.80 | $0 |
| Jun-06 | $0 | $0 | $1,101.26 | $0 |
| Jul-06 | $0 | $0 | $991.30 | $0 |
| Aug-06 | $0 | $0 | $1,433.18 | $0 |
| Sep-06 | $0 | $0 | $1,079.68 | $0 |
| Apr-07 | $0 | $0 | $1,169.82 | $0 |
| May-07 | $0 | $0 | $1,332.50 | $0 |
| Jun-07 | $0 | $0 | $417.39 | $0 |
| Jul-07 | $0 | $0 | $426.76 | $0 |
| Aug-07 | $0 | $0 | $1,459.27 | $0 |
| Sep-07 | $0 | $0 | $1,244.53 | $0 |
| Oct-07 | $0 | $0 | $1,246.26 | $379.12 |
| Nov-07 | $3,476.45 | $0 | $1,208.14 | $314.23 |
| Dec-07 | $9,693.75 | $591.26 | $590.49 | $100.45 |
|  |  |  |  |  |
| TOTAL | $13,170.20 | $591.26 | $21,484.26 | $793.80 |

LD/IC PAYMENT MAINTENANCE

Employer Number:   21692   ASSEMBLY REQUIRED INC
                          1900 AUSTIN AVE.
                          CHICAGO          IL 60639

Current LD/IC Balance:   $21484.26

|     | Cont Mth. | Receipt Date | Receipt Number | Billed Amount | Receipt Amount | Balance Due | Original Receipt | Sts |
|-----|-----------|--------------|----------------|---------------|----------------|-------------|------------------|-----|
| 1)  | 9/2006    | 11/17/2006   | 161984         | $1079.68      | $.00           | $1079.68    | 683345           | O   |
| 2)  | 4/2007    | 7/02/2007    | 168754         | $1169.82      | $.00           | $1169.82    | 726236           | O   |
| 3)  | 5/2007    | 8/10/2007    | 169675         | $1332.50      | $.00           | $1332.50    | 733952           | O   |
| 4)  | 6/2007    | 8/17/2007    | 169676         | $417.39       | $.00           | $417.39     | 735935           | O   |
| 5)  | 7/2007    | 9/17/2007    | 170531         | $426.76       | $.00           | $426.76     | 741293           | O   |
| 6)  | 8/2007    | 11/15/2007   | 172435         | $1459.27      | $.00           | $1459.27    | 753726           | O   |
| 7)  | 9/2007    | 12/21/2007   | 173355         | $1244.53      | $.00           | $1244.53    | 761337           | O   |
| 8)  | 10/2007   | 2/22/2008    | 175100         | $1246.26      | $.00           | $1246.26    | 772954           | O   |
| 9)  | 11/2007   | 2/22/2008    | 175101         | $1208.14      | $.00           | $1208.14    | 772955           | O   |
| 10) | 12/2007   | 2/22/2008    | 175102         | $590.49       | $.00           | $590.49     | 772976           | O   |

Enter Line Number:

Employer Number:  21692   ASSEMBLY REQUIRED INC
                          1900 AUSTIN AVE.
                          CHICAGO          IL 60639

Current Discrepancy Balance:    13170.18

| | Cont Mth. | Receipt Date | Adj/Rcp Number | Billed Amount | Receipt Amount | Balance | Original Receipt | St |
|---|---|---|---|---|---|---|---|---|
| 1) | 11/2007 | 2/22/2008 | 174619 | 20038.26 | 16561.81 | 3476.45 | 772955 | O |
| 2) | 12/2007 | 2/22/2008 | 174620 | 10284.99 | 591.26 | 9693.73 | 772976 | O |

Enter Line Number:

LD/IC PAYMENT MAINTENANCE
Employer Number:  21692   ASSEMBLY REQUIRED INC
                          1900 AUSTIN AVE.
                          CHICAGO          IL 60639

Current LD/IC Balance:  $21484.26

|   | Cont Mth. | Receipt Date | Receipt Number | Billed Amount | Receipt Amount | Balance Due | Original Receipt | Sts |
|---|-----------|--------------|----------------|---------------|----------------|-------------|------------------|-----|
| 1) | 10/2005 | 1/12/2006 | 153716 | $1876.01 | $1393.68 | $482.33 | 622689 | O |
| 2) | 11/2005 | 2/10/2006 | 154553 | $2394.34 | $.00 | $2394.34 | 628549 | O |
| 3) | 12/2005 | 3/20/2006 | 155279 | $836.63 | $.00 | $836.63 | 636988 | O |
| 4) | 1/2006 | 4/03/2006 | 156029 | $781.36 | $.00 | $781.36 | 639089 | O |
| 5) | 2/2006 | 5/18/2006 | 156771 | $542.35 | $.00 | $542.35 | 647916 | O |
| 6) | 3/2006 | 6/16/2006 | 157556 | $712.16 | $.00 | $712.16 | 652716 | O |
| 7) | 4/2006 | 7/14/2006 | 158504 | $985.71 | $.00 | $985.71 | 657660 | O |
| 8) | 5/2006 | 8/15/2006 | 159467 | $1048.80 | $.00 | $1048.80 | 663901 | O |
| 9) | 6/2006 | 8/16/2006 | 159468 | $1101.26 | $.00 | $1101.26 | 664842 | O |
| 10) | 7/2006 | 8/16/2006 | 159469 | $991.30 | $.00 | $991.30 | 664843 | O |
| 11) | 8/2006 | 11/17/2006 | 161983 | $1433.18 | $.00 | $1433.18 | 682956 | O |

Display More? (Y/N) Y

CASH POSTING - INQUIRY                                    4/28/2008

1) Employer Number    21692  ASSEMBLY REQUIRED INC

| | Receipt Number | Deposit Date | Rcpt Type | Cont. Month | Rpt Nbr | Receipt Amount | Cash Sts. | Cash Src. | Men | Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| 1) | 785479 | 4/09/2008 | IR | 12/2007 | 1 | 0.00 | A | | | |
| | | | | Dues | | 591.26 | A | | | |
| 2) | 785477 | 4/09/2008 | IR | 11/2007 | 1 | 15378.89 | A | | | |
| | | | | Dues | | 1182.92 | A | | | |
| 3) | 785473 | 4/09/2008 | IR | 10/2007 | 1 | 16236.00 | A | | | |
| | | | | Dues | | 1260.94 | A | | | |

Display More? (N/S/D) N

# Exhibit C

**Exhibit  C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 C 1029 |
| | ) | |
| | ) | Judge Andersen |
| v. | ) | |
| | ) | |
| ASSEMBLY REQUIRED, INC. | ) | |
| | ) | |
| Defendant. | ) | |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Daniel P. McAnally declares as follows:

1.     I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2.     I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3.     I have in excess of 13 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to collect delinquent employer contributions.

4.     The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of attorneys' fees and costs incurred if the Trust Funds utilize legal counsel to collect unpaid ERISA contributions.

5.     I have devoted 14.95 hours in connection with the this case at the rate of $175.00 per hour.  The total attorney fees billings is $2,616.25.

6.    In addition, the filing fee was $350.00 and the fees for service of process were an additional $55.00.  These costs total $405.00.

7.    I certify that the attached detailed attorney fees and costs totaling $3,021.25 were necessary and reasonable.


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:  June 5, 2008


s/ DANIEL P. McANALLY

Attorney for the Trustees of the Chicago
Regional Council of Carpenters Pension Fund,
et al.

2

---

Selection Criteria

---

| Case (hand select) | Include: CTF-C./N7613/21692 |
|---|---|
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7613/21692 |
| Slip.Transaction Ty | 1 - 1 |

---

Rate Info - identifies rate source and level

| Slip ID Dates and Time Posting Status Description | ATTORNEY Activity Case Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 353885          TIME 2/11/2008 Billed        G:73029        3/3/2008 Review referral from Trust Funds; prepare database and load information regarding case facts, history and legal strategy. Prepare/ Open  file for litigation; review corporate status and registered agent information for legal process. | DPM Billable CTF-C./N7613/21692 | 1.00 0.00 0.00 0.00 | 175.00 T@7 | 175.00 |
| 353886          TIME 2/11/2008 Billed        G:73029        3/3/2008 LEXIS FEE: Search Illinois Secretary of State database for corporate information including registered agent of the corporation for purposes of service; search for related companies; perform asset search of company and principals. | CPW Lexis CTF-C./N7613/21692 | ██ 0.00 0.00 0.00 | ██ A@1 | ██ |
| 353887          TIME 2/12/2008 Billed        G:73029        3/3/2008 Prepare summons, complaint, appearance forms and civil cover sheet for Trust Funds' claims and compliance matters pursuant to ERISA Sec. 1132, 1145 and Taft-Hartley Act Sec. 301. | DPM Billable CTF-C./N7613/21692 | 2.00 0.00 0.00 0.00 | 175.00 T@7 | 350.00 |
| 353888          TIME 2/12/2008 Billed        G:73029        3/3/2008 Prepare the complaint, summons, civil cover sheet and appearance for electronic filing; file the documents. | DPM Billable CTF-C./N7613/21692 | 0.50 0.00 0.00 0.00 | 175.00 T@7 | 87.50 |
| 353889          TIME 2/13/2008 Billed        G:73029        3/3/2008 Review complaint filed at the Federal Court; load information regarding the filing date, | DPM Billable CTF-C./N7613/21692 | 0.50 0.00 0.00 0.00 | 175.00 T@7 | 87.50 |

WHITFIELD, McGANN & KETTERMAN
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| case number and assigned judge into the database; review (via the Internet) the judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file / database regarding same. | | | | |
| 353890          TIME<br>2/13/2008<br>Billed          G:73029          3/3/2008<br>Prepare correspondence to legal process server Scott Forrest Stern & Associates, Inc. regarding service of the summons and complaint on the defendant; prepare correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filling of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | DPM<br>Billable<br>CTF-C./N7613/21692 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 354572          TIME<br>3/10/2008<br>Billed          G:73216          4/2/2008<br>Review Scott Forrest Stern & Assoc., Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service  with the clerk of the U.S. Dist. Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date. | DPM<br>Billable<br>CTF-C./N7613/21692 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 354573          TIME<br>3/11/2008<br>Billed          G:73216          4/2/2008<br>The Defendant did not file an Answer; draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pusuant to the terms of the trust agreements and Internal Revenue Code, in preparation for the motion for default judgment. | DPM<br>Billable<br>CTF-C./N7613/21692 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 354578          TIME<br>3/11/2008<br>Billed          G:73216          4/2/2008<br>Telephone conversation with Gerard | DPM<br>Billable<br>CTF-C./N7613/21692 | 0.30<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 52.50 |

WHITFIELD, McGANN & KETTERMAN
Slip Listing

Page                3

| Slip ID Dates and Time Posting Status Description | ATTORNEY Activity Case Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| McCann regarding status of the litigation; discussed proposed resolution; prepare memo to file regarding the conversation. | | | | |
| 354574        TIME 3/13/2008 Billed        G:73216        4/2/2008 Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding SUMMONS Returned Executed by Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund as to Assembly Required, Inc. on 3/5/2008, answer due 3/25/2008; download documents to the file folder; print document and enclose in file. | DPM Billable CTF-C./N7613/21692 | 0.25 0.00 0.00 0.00 | 175.00 T@7 | 43.75 |
| 355231        TIME 3/17/2008 Billed        G:73216        4/2/2008 Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates; review U. S. District Court web site to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to Answer or otherwise plead. | DPM Billable CTF-C./N7613/21692 | 2.50 0.00 0.00 0.00 | 175.00 T@7 | 437.50 |
| 355232        TIME 3/18/2008 Billed        G:73216        4/2/2008 Prepare affidavit for James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds in support of the Trust Funds' motion for default judgment; affidavit to support claim for ERISA fringe benefit contributions, and calculation of liquidated damages and interest pusuant to the terms of the trust agreements and Internal Revenue Code; prepare correspondence to Rosemeyer regarding the affidavit and request for execution. | DPM Billable CTF-C./N7613/21692 | 1.00 0.00 0.00 0.00 | 175.00 T@7 | 175.00 |
| 355233        TIME 3/18/2008 Billed        G:73216        4/2/2008 Review file for all entries for the attorney | DPM Billable CTF-C./N7613/21692 | 0.75 0.00 0.00 0.00 | 175.00 T@7 | 131.25 |

WHITFIELD, McGANN & KETTERMAN
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| billings and costs incurred; compare with work performed on the file; prepare attorney fee declaration / affidavit and exhibits; incorporate amounts into the motion and judgment order; prepare the document for electronic filing. | | | | |
| 355234       TIME<br>3/21/2008<br>Billed       G:73216     4/2/2008<br>Prepare a proposed judgment in support of the Trust Funds motion; calculate all amounts owed. | DPM<br>Billable<br>CTF-C./N7613/21692 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 355236       TIME<br>3/31/2008<br>Billed       G:73216     4/2/2008<br>Correspondence to trust fund contributions manager, James Rosemeyer and Trust Fund employee, Richard Oginski regarding the status of the $50,000 bond. | DPM<br>Billable<br>CTF-C./N7613/21692 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 355239       TIME<br>3/31/2008<br>Billed       G:73216     4/2/2008<br>Prepare consent judgment order; prepare correspondence to the signatory regarding same. | DPM<br>Billable<br>CTF-C./N7613/21692 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 355624       TIME<br>4/2/2008<br>Billed       G:73369     5/1/2008<br>Correspondence to trust fund contributions manager, James Rosemeyer requesting status as to application of the $50,000 bond. | DPM<br>Billable<br>CTF-C./N7613/21692 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 355661       TIME<br>4/2/2008<br>Billed       G:73369     5/1/2008<br>Telephone conversation with Trust Fund employee, Richard Oginski regarding application of the bond money. | DPM<br>Billable<br>CTF-C./N7613/21692 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 355824       TIME<br>4/7/2008<br>Billed       G:73369     5/1/2008<br>Review correspondence from Trust Fund employee, Richard Oginski regarding application of the bond; correspondence to Oginski regarding calculation of liquidated damages and interest pusuant to the terms of the trust agreements and Internal | DPM<br>Billable<br>CTF-C./N7613/21692 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |

6/5/2008                              WHITFIELD, McGANN & KETTERMAN
10:29 AM                                        Slip Listing                                    Page          5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description<br>Revenue Code. | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 358921         TIME<br>6/2/2008<br>WIP<br>Review e-mail sent by the U.S. Dist. Court<br>for the Northern Dist. of Illinois regarding<br>MINUTE entry before the Honorable Susan<br>E. Cox: Initial status hearing set for 6/10/08<br>at 9:30 a.m. in Courtroom 1342. The parties<br>are directed to review and to file an initial<br>status report by 6/6/08; download documents<br>to the file folder; print document and enclose<br>in file. | DPM<br>Billable<br>CTF-C./N7613/21692 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 359029         TIME<br>6/3/2008<br>WIP<br>Telephone conference with Trust Fund<br>employee, Richard Oginski regarding status;<br>telephone conference with Gerard McCann<br>regarding settlement; correspondence to<br>trust fund contributions manager, James<br>Rosemeyer and Trust Fund employee,<br>Richard Oginski regarding the $34,000 bond<br>and liquidated damages issue. | DPM<br>Billable<br>CTF-C./N7613/21692 | 0.80<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 140.00 |
| 359039         TIME<br>6/3/2008<br>WIP<br>Telephone conference with Trust Fund<br>employee, Richard Oginski regarding the<br>liquidated damage issue. | DPM<br>Billable<br>CTF-C./N7613/21692 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |

Grand Total

|  | Units | Slip Value |
|---|---|---|
| Billable | 15.55 | 2694.25 |
| Unbillable | 0.00 | 0.00 |
| Total | 15.55 | 2694.25 |

*14.95 @ 175    \$ 2,616.25*

*Filing Fee                    \$ 350.00*

*Process Server              \$ 55.00*

*\$ 3,021.25*