IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ASSEMBLY REQUIRED, INC.<br><br>Defendant. | Case No. 08 C 1029<br>Judge Andersen |

## NOTICE OF MOTION

Gerrard McCann
ASSEMBLY REQUIRED, INC.
1900 Austin Avenue
Chicago, IL 60639

PLEASE TAKE NOTICE that on **Thursday, June 12, 2008** I shall appear before the Honorable Judge Andersen at approximately 9:00 a.m. in Courtroom 1941 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

TRUSTEES of the CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

s/DANIEL P. McANALLY

### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Default Judgment via U.S. first class mail to the person/s to who said Notice is directed on June 5, 2008, s/Daniel P. McAnally.

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700