IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 1029 |
| v. | ) ) | Judge Andersen |
| ASSEMBLY REQUIRED, INC., | ) ) ) | Magistrate Judge Cox |
| Defendant. | ) | |

## INITIAL STATUS REPORT

### 1) *Attorneys of Record*

Daniel P. McAnally, for Plaintiffs

No appearance filed for the defendant.

### 2) *Basis for Federal Jurisdiction*

Federal subject matter jurisdiction is premised on Section 502 of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185).

### 3) *Nature of Claims / Counterclaim*

The Defendant submitted monthly contribution reports to the Plaintiff Trust Funds acknowledging that the Employer owes $13,170.20 in delinquent contributions for the period November 2007 through December 2007. However, the Defendant did not pay this amount. The Defendant is in default and has not filed an answer or appearance. There are no counterclaims or third party complaints.

**4)**     ***Service on Defendant***

The Defendant was served and is currently in technical default.

**5)**     ***Principal Legal Issues***

Whether the Defendant is bound to a collective bargaining agreement that requires it to submit ERISA contributions on behalf of its bargaining unit employees.

**6)**     ***Principal Factual Issues***

The factual issues involve determining the amount of ERISA contributions owed.

**7)**     ***Jury Status***

There is no jury demand.

**8)**     ***Description of Discovery Requested***

No discovery has been undertaken. Interrogatories, Request to Admit Facts, and the Rule 30(b)(6) deposition as to the allegations contained in the Complaint will be needed if the Defendant cures the default.

**9)**     ***Trial Date / Length***

If necessary, the trial will last for one-half day.

**10)**    ***Consent to the Magistrate Judge***

The Plaintiffs do not consent to the Magistrate Judge at this time.

**11)**    ***Settlement***

The Defendant is in technical default and has not responded to any formal or informal demands/inquiries from the Plaintiffs.  **There is a Motion for Default Judgment scheduled before Judge Andersen on June 12, 2008.**

                                        Respectfully submitted,

                                        By: s/ DANIEL P. McANALLY
                                            Attorney for Plaintiffs

Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Phone: 312/251-9700