

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 1029 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Trustees et al vs. Assembly Required, Inc. | | |

**DOCKET ENTRY TEXT**

Motion for default judgment [8] is granted. Enter judgment order. It is hereby ordered, adjudged and decreed that judgment is entered in behalf of the plaintiffs and against the defendant, Assembly Required, Inc., in the sum of $39,060.77. Parties need not appear in court on 6/19/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 18 AM 7:39
CLERK
U.S. DISTRICT COURT

Courtroom Deputy Initials: TSA