IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND<br><br>Plaintiffs,<br><br>v.<br><br>ASSEMBLY REQUIRED, INC.<br><br>Defendant. | Case No. 08 C 1029<br><br>Judge Andersen |

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on February 20, 2008 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, ASSEMBLY REQUIRED, INC., in the sum of **$39,060.77** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (11/07 - 12/07) | $13,170.20 |
| b) | Interest on ERISA Contributions | $793.80 |
| c) | Liquidated Damages (10/05 - 12/07) | $21,484.26 |
| d) | Union Dues (12/07) | $591.26 |
| e) | Attorney Fees and Costs | $3,021.25 |
| | **TOTAL** | **$39,060.77** |

ENTERED:

_____
WAYNE R. ANDERSEN
UNITED STATES DISTRICT JUDGE

DATED: June 17, 2008