IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION, WELFARE and APPRENTICE TRAINEE FUNDS )<br>Plaintiffs Judgment Creditor, )<br>)<br>v. )<br>)<br>ASSEMBLY REQUIRED, INC. )<br>Defendant Judgment Debtor, )<br>)<br>)<br>FIRST PERSONAL BANK )<br>Third Party Citation Respondent. ) | Case No. 08 C 1029<br>Judge Andersen |

## RELEASE AND DISCHARGE OF CITATION

To:   First Personal Bank          Gerrard McCann
      Legal Department             gmccann@assemblyrqd.com
      14701 Ravinia Ave.           ASSEMBLY REQUIRED, INC.
      Orland Park, IL 60462

   The Judgment Creditors, by their attorney Daniel P. McAnally hereby release and discharge the citation to discover assets served upon the citation respondent First Personal Bank. Further, First Personal Bank is directed to lift the freeze on all accounts of ASSEMBLY REQUIRED, INC.

                         s/ DANIEL P. McANALLY
                         Daniel P. McAnally
                         Attorney for Judgment Creditor

                         Dated: August 12, 2008

                         Certificate of Service

   I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Release and Discharge of Citation to Discover Assets by U.S. first class mail to First Personal Bank and on Assembly Required, Inc. via email on August 12, 2008.

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312-251-9700